# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, K.M. MCDONALD, S.A. DOMINGUEZ**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**TRAVIS R. RICHMOND**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201400051**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 17 October 2013.
**Military Judge**: Col James Carberry, USMC.
**Convening Authority**: Commanding Officer, Combat Logistics Battalion 3, Combat Logistics Regiment 3, 3d Marine Logistics Group, MCBH, Kaneohe Bay, HI.
**Staff Judge Advocate's Recommendation**: Maj P.D. Sanchez, USMC.
**For Appellant**: Maj Emmett Collazo, USMCR.
**For Appellee**: Mr. Brian Keller, Esq.

**26 June 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the Government withdrew and dismissed the words "and sporting goods" from the specification prior to the entry of findings.

For the Court

R.H. TROIDL
Clerk of Court